**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------x Civil Action No.: CV-04-2538 (ILG) (CLP)

UNITED STATES OF AMERICA,

            Plaintiff,

- against-

SERGIO BONILLA,

           Defendant.

------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DIST... E.D.N.Y.

TIME A.M. ____ P.M. ____

**JUDGMENT VACATED**

### DEFAULT JUDGMENT

Because Sergio Bonilla failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Sergio Bonilla:

**Claim No. C99-12163W**

| | |
|---|---|
| Principal Balance: | $2,561.59 |
| Total Interest Accrued at 8.000%: | $3,329.98 |
| Filing and Service of Process: | $220.00 |
| Less Credits (Debtor Payments): | $150.00 |
| Subtotal: | $6,111.57 |
| Attorney's Fees: | $ |
| Total Owed: | $ |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
June 30th, 2004

I. Leo Glasser
United States District Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Default Judgment and supporting papers was mailed on October 12, 2004 to:

Sergio Bonilla
122 E 31st Street
Brooklyn, NY 11226

Affirmed: Brooklyn, New York
         October 12, 2004

s/ *Michael T. Sucher, Esq. (MS-9414)*
MICHAEL T. SUCHER, ESQ.
Private Counsel for Plaintiff
United States of America
26 Court Street Suite 2412
Brooklyn, New York 11242
Tel. (718) 522-1995
Fax. (718) 797-3174